# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

|  |  |
|---|---|
| DILLINA W. STICKLEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 5:22-cv-00021-EKD |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff, Dillina W. Stickley, and Defendant, Reliance Standard Life Insurance Company, through their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that this matter is dismissed with prejudice.

This 8th day of August, 2022.

/s/ Nicole D. Faut_____
Jacob T. Penrod (VSB 65819)
Nicole D. Faut (VSB 95373)
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, VA 22801
Telephone:  (540) 437-2235
Facsimile:  (540) 433-3916
Electronic Mail:  jpenrod@hooverpenrod.com
Electronic Mail:  nfaut@hooverpenrod.com
*Counsel for Plaintiff*


/s/ Peter M. Moore_____
Peter M. Moore (VSB 82444)
Wilson Elser Moskowitz
Edelman & Discker, LLP
844 Westpark Drive, Suite 510
McLean, VA 22102
Telephone: (703) 852-7877
Facsimile: (703) 245-9301
Peter.Moore@wilsonelser.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August 2022, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

/s/ Nicole D. Faut_____
Nicole D. Faut (VSB 95373)
HOOVER PENROD PLC
342 South Main Street
Harrisonburg, VA 22801
Telephone: (540) 437-2235
Facsimile: (540) 433-3916
Electronic Mail: nfaut@hooverpenrod.com
*Counsel for Plaintiff*